UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

BAY VIEW CHAUTAUQUA
INCLUSIVENESS GROUP,

    Plaintiff,

v.

THE BAY VIEW ASSOCIATION OF
THE UNITED METHODIST CHURCH,
*a Michigan Summer Resort and Assembly Association,* THE BOARD OF THE BAY VIEW ASSOCIATION OF THE UNITED METHODIST CHURCH, *its governing body, and* BAY VIEW REAL ESTATE MANAGEMENT, INC., *a domestic profit corporation,*

    Defendants.

Case No. 1:17-cv-00622-PLM-RSK

HON. PAUL L. MALONEY

_____

| | |
|---|---|
| Sarah S. Prescott (P70510) | Michael S. Bogren (P34835) |
| Attorneys for Plaintiff | Attorney for Defendants |
| SALVATORE PRESCOTT & PORTER, PLLC | PLUNKETT COONEY |
| 105 East Main Street | 950 Trade Centre Way, Suite 310 |
| Northville, Michigan  48167 | Kalamazoo, Michigan  49002 |
| (248-679-8711) | (269-226-8822) |
| Prescott@spplawyers.com | mbogren@plunkettcooney.com |

_____

**MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

**ORAL ARGUMENT REQUESTED**

    NOW COME defendants, BAY VIEW ASSOCIATION OF THE UNITED METHODIST CHURCH, THE BOARD OF THE BAY VIEW ASSOCIATION OF THE UNITED METHODIST CHURCH and BAY VIEW REAL ESTATE MANAGEMENT, INC., by and through their attorneys, PLUNKETT COONEY, and move this Court for an order of partial judgment on the

pleadings pursuant to Fed. R. Civ. P. 12(c), dismissing the claims for damages as the plaintiff lacks standing to assert such claims.

This motion is based on the Brief in Support submitted with this motion and the arguments and legal authorities contained in the Brief in Support.

Pursuant to L.R. 7.1(d) the defendants have ascertained this motion will be opposed.

Respectfully submitted,

DATED:  August 15, 2017          PLUNKETT COONEY

BY:  /s/Michael S. Bogren
Michael S. Bogren (P34835)
Attorney for Defendants
950 Trade Centre Way, Suite 310
Kalamazoo, MI  49002
Direct Dial:  269/226-8822

Open.00391.72232.18915381-1