United States District Court
for the Western District of Michigan

## REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 17-cv-0622 PLM | Bayview v. Bayview Ass'n | 1.29.18 |

**PARTIES**        Attendees

| Name | On Behalf Of |
|---|---|
| Peggy Child Smith | Defendant |
| Jon Chism | Defendant |
| Don Duquette | Plaintiff |
| Arthur Anderson | Plaintiff |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Sarah Prescott | Plaintiff |
|  |  |
| Mike Bogren | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |

Result:
- [ ] Settled in full – Final paperwork will be filed by:
- [ ] Mediation continuing – Date of Next Session
- [x] Not settled – Mediation Completed

Dated: 1.30.18        /s/ _____
                          Mediator

Rev'd 8/2005