UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

BAY VIEW CHAUTAUQUA
INCLUSIVENESS GROUP,

    Plaintiff,

v.

THE BAY VIEW ASSOCIATION OF
THE UNITED METHODIST CHURCH,
*a Michigan Summer Resort and Assembly Association,* THE BOARD OF THE BAY VIEW ASSOCIATION OF THE UNITED METHODIST CHURCH, *its governing body, and* BAY VIEW REAL ESTATE MANAGEMENT, INC., *a domestic profit corporation,*

    Defendants.

Case No. 1:17-cv-00622-PLM-RSK

HON. PAUL L. MALONEY

_____

| | |
|---|---|
| Sarah S. Prescott (P70510) | Michael S. Bogren (P34835) |
| Attorneys for Plaintiff | Attorney for Defendants |
| SALVATORE PRESCOTT & PORTER, PLLC | PLUNKETT COONEY |
| 105 East Main Street | 950 Trade Centre Way, Suite 310 |
| Northville, Michigan 48167 | Kalamazoo, Michigan 49002 |
| (248-679-8711) | (269-226-8822) |
| Prescott@spplawyers.com | mbogren@plunkettcooney.com |

_____

**RENEWED MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

    NOW COME defendants, BAY VIEW ASSOCIATION OF THE UNITED METHODIST CHURCH, THE BOARD OF THE BAY VIEW ASSOCIATION OF THE UNITED METHODIST CHURCH and BAY VIEW REAL ESTATE MANAGEMENT, INC., by and through their attorneys, PLUNKETT COONEY, and move this Court for an order of partial judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), dismissing Counts 1, 2 and 5 of the Amended Complaint and the claims for damages.

1

This motion is based on the Brief in Support submitted with this motion and the facts, citations of authority and arguments contained in the Brief.

               Respectfully submitted,

DATED:  April 23, 2018     PLUNKETT COONEY

             BY:   /s/Michael S. Bogren
               Michael S. Bogren (P34835)
               Attorney for Defendants
               950 Trade Centre Way, Suite 310
               Kalamazoo, MI  49002
               Direct Dial:  269/226-8822

Open.00391.72232.20224100-1