# BAY VIEW ASSOCIATION
## Ballot – Proposed By-Law Amendment
### 143rd Annual Meeting – Saturday August 4, 2018

In accordance with Section 77 of the By-Laws regarding amendments, a petition has been signed by at least twenty (20) members holding separate leases proposing to amend the Bay View Association By-Laws by amending Section 1-d as follows:

**Proposed deletions** appear with a line struck through the text.
**Proposed additions** appear underlined.

D. **Qualifications for Membership.** An individual may be accepted as a lease holding or associate Member upon a two-thirds vote of the Board of Trustees if the individual complies with the following membership qualifications and requirements:

1. Pays the initial membership fee, which shall accompany the membership application.

2. Completes and files the association membership application form with the Bay View administrative office.

3. Is at least eighteen years of age.

4. Is of good moral character and will support the association's purpose and objectives.

5. ~~Is of Christian persuasion.~~ <u>Agrees to respect the principles of the United Methodist Church and preserve the history and values of the Chautauqua movement. Applicants support the Bay View Association Mission:</u>

    *<u>To be an institution in which Christian values and traditions are central; To enrich the human experience for individuals and families within Bay View and the surrounding community through a seasonal program of religious, educational, cultural and recreational opportunities; to provide a Christian perspective in a changing world</u>*

6. Provides reference letters attesting to the applicant's fulfillment of the above membership requirements from:

    i. ~~The pastor or designated leader of the church of which the applicant is a member or attends;~~
    ~~ii.~~ <u>i.</u> At least two members of the Bay View association, excluding relatives of the applicant, members of the board of Trustees and anyone associated with the transfer of the lease; and
    ~~iii.~~ <u>ii.</u> At least two persons of the applicant's choice, excluding relatives.

7. Completes a satisfactory interview with the Membership Committee or its designee and receives a favorable vote of the Committee affirming that the applicant is qualified and supports the association's purpose and objectives.

Shall This Proposed Amendment Be Adopted?   ☐ Yes   ☐ No