UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** Bay View Chautauqua Inclusiveness Group v. The Bay View Association of the United Methodist Church, et al

**Case Number:** 1:17-cv-622
**Date:** July 30, 2018
**Time:** 9:09 a.m. – 10:54 a.m.
**Place:** Kalamazoo
**Judge:** Paul L. Maloney

**APPEARANCES**

    Plaintiff: Sarah S. Prescott

    Defendants: Michael S. Bogren

**PROCEEDINGS**

    Nature of Hearing: Hearing on Defendants' motion for partial summary judgment (Dkt. #36) and on Plaintiff's motion for judgment on the pleadings (Dkt. #46); motions taken under advisement, opinion and order to issue; if the proposed Bylaw Amendment passes, parties may file supplemental briefs within 21 days of vote

Court Reporter: Kathleen Thomas        Case Manager: Amy Redmond