UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

BAY VIEW CHAUTAUQUA
INCLUSIVENESS GROUP,

    Plaintiff,

v.

THE BAY VIEW ASSOCIATION OF
THE UNITED METHODIST CHURCH,
*a Michigan Summer Resort and Assembly Association,* THE BOARD OF THE BAY VIEW ASSOCIATION OF THE UNITED METHODIST CHURCH, *its governing body, and* BAY VIEW REAL ESTATE MANAGEMENT, INC., *a domestic profit corporation,*

    Defendants.

Case No.  1:17-cv-00622-PLM-RSK

HON. PAUL L. MALONEY

_____

| | |
|---|---|
| Sarah S. Prescott (P70510) | Michael S. Bogren (P34835) |
| Attorneys for Plaintiff | Attorney for Defendants |
| SALVATORE PRESCOTT & PORTER, PLLC | PLUNKETT COONEY |
| 105 East Main Street | 950 Trade Centre Way, Suite 310 |
| Northville, Michigan  48167 | Kalamazoo, Michigan  49002 |
| (248-679-8711) | (269-226-8822) |
| Prescott@spplawyers.com | mbogren@plunkettcooney.com |

_____

## NOTICE OF APPROVAL OF BY-LAW AMENDMENT

    At the oral argument on the Cross-Motions for Judgment on the Pleadings held on Monday, July 30, 2018, the Court instructed counsel for the defendants to notify the Court of the results of the vote to amend Section 1-d of the by-laws of the Bay View Association of the United Methodist Church (ECF No. 51).

1

Undersigned counsel has been informed the vote held on Saturday, August 4, 2018 APPROVED the proposed by-law amendment. The by-law amendment has therefore been adopted.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: August 6, 2018 | PLUNKETT COONEY |
|  | BY: /s/Michael S. Bogren<br>Michael S. Bogren (P34835)<br>Attorney for Defendants<br>950 Trade Centre Way, Suite 310<br>Kalamazoo, MI  49002<br>Direct Dial:  (269) 226-8822 |

Open.00391.72232.20717671-1