# EXHIBIT BB





Office of Fair Housing and Equal Opportunity
Midwest Region Office, Region V
77 West Jackson Boulevard, Room 2101
Chicago, Illinois 60604

Bay View Association of the United Methodist Church          August 7, 2018
c/o Attorney Michael S. Bogren
Plunkett Cooney
960 Trade Centre Way, Suite 310
Kalamazoo, MI 49002

Dear Mr. Bogren:

Subject: <u>Sheaffer, Jeremy v. Bay View Association of The United Methodist Church</u>
HUD Complaint No. 05-17-8678-8

On July 17, 2017, the above-referenced housing discrimination complaint was filed with the U.S. Department of Housing and Urban Development (HUD) under the Fair Housing Act of 1968 (Act) as amended [42 U.S.C. §3601 et seq.]. On **August 06, 2018,** the complainant informed this Office that the issues raised in his complaint have been resolved to his satisfaction and executed a written withdrawal of the complaint.

This is to advise you that, after receiving proper notice that the above-referenced complaint has been withdrawn, HUD has terminated its investigation of the complaint and has administratively closed the complaint. This closure is not a determination on the merits of the allegations contained in the complaint.

**Retaliation is a violation of the Fair Housing Act.** Section 818 of the Act makes it unlawful to retaliate against any person because he or she has filed a housing discrimination complaint; is associated with a complainant; has counseled or otherwise assisted any person to file such a complaint; or has provided information to HUD during a complaint investigation. Section 818 also protects complainants against retaliatory acts that occur after a complainant has withdrawn, settled, or conciliated a housing discrimination complaint. Any person who believes that he or she has been a victim of retaliation for any of the reasons listed above may file a housing discrimination complaint with HUD within one (1) year of the date on which the most recent alleged retaliatory act(s) occurred or ended.

If you have any questions regarding this closure, you may contact John Meade, of my staff, at 312-913-8444.

Sincerely,

Maurice McGough, Director
FHEO Region V

Closure Letter - Complaint withdrawn by complainant after resolution          HUD Case No. 05-17-8678-8