# EXHIBIT C



July 6, 2017

**Via Electronic Mail**
prescott@spplawyers.com

Sarah Prescott, Esq.
Salvatore Prescott & Porter, PLLC

Re: Bay View Chautauqua Inclusiveness Group v
Bay View Association of the United Methodist Church
U.S. District Court Western District – Threatened Litigation
Inadmissible FRE/MRE 408

Dear Ms. Prescott:

This correspondence shall serve to confirm that we are attorneys for Bay View Association of the United Methodist Church ("Bay View"). We are in receipt of your correspondence dated June 28, 2017, along with your e-mail to me dated July 5, 2017.

We were unable to locate any legal entity by the name "*Bay View Chautauqua Inclusiveness Group.*" Would you please identify the names of all members of the "*Group*"? Please include the names of current, past, or potential leaseholding members of Bay View that are included in this *Group*.

Who are you suggesting be included in your proposed settlement meeting?

You may direct further correspondence in this matter directly to the undersigned.

Very truly yours,

James J. Murray
Plunkett Cooney
Direct Dial: 231-348-6413

JJM/tfp