# EXHIBIT G



**SALVATORE PRESCOTT & PORTER**

Employment | Civil Rights | Business Litigation
Criminal Defense | Investigations

**Detroit**
105 East Main Street
Northville, MI 48167

P: 248.679.8711
F: 248.773.7280

**Chicago**
1010 Davis Street
Evanston, IL 60201

P: 312.283.5711
F: 312.724.8353

W: spplawyers.com

July 20, 2017

**Sent via First-Class Mail
And via E-mail to:**
President Jon M. Chism
The Bay View Association of the
United Methodist Church
1715 Encampment Avenue
Petoskey, MI 49770
j.chism@bayviewassociation.org

**Re:   Bay View Chautauqua Inclusiveness Group v. The Bay View Association of
       the United Methodist Church
       Case No. 17-cv-00622-PLM-RSK**

Dear President Chism:

I read with interest your recent update to the Bay View community, which implies that if you would have had more time to resolve matters relating to the religious test for Bay View membership, you would have done so and that the only thing that stopped you from being able to do so was the short deadline and the supposed failure on my part to return outreach by you. Please forward the offer to resolve this matter without litigation (or any other item suggesting any interest in even discussing bylaw changes), which you feel that we have failed to respond to, and I would be more than happy to issue a public apology. There isn't one, to my knowledge.

The good news is of course that you've suggested that nothing here needed to move to the extent of a federal lawsuit. We are glad to hear that's the case and only hope that it is true. We would be happy to extend the deadline for Bay View to respond to the complaint if it would like to negotiate a change in the bylaws, just as we offered in our initial contacts in June. That would ensure that Bay View incurred absolutely no legal fees in defending a federal lawsuit. You may or may not know that I reiterated this offer to Mr. Murray in writing on July 7, and received no response.

I also *re*-reiterated this opportunity and our wish to settle this matter without legal expenses just days ago when I prepared the enclosure letter for service of the lawsuit. I have received no response to that attempt, either. The offer remains good, and I am heartened by the indication you have now publicly made that you were willing to entertain such talks, but for the difficulty of managing with Roberts Rules and such. I look forward to hearing your availability to enter those discussions. Would next Thursday or Friday suit you? If not, please suggest the day.

---

Sarah S. Prescott (Partner) | prescott@spplawyers.com | Detroit office | Admitted in Washington, D.C., California, and Michigan

John M. Chism, President
July 20, 2017
Page 2 of 2

Finally, I have been advised in writing by your registered agent that Mr. Jim Murray is not yet representing you in this matter and that you are still awaiting representation. If that is not the case, please do let me know so that I can be certain to direct correspondence to your attorney.

Since you have not obtained counsel in this matter, it falls to me to respectfully inform you that it is absolutely necessary for you to preserve all documents being sent to you about this lawsuit. I see that you have petitioned to the community to send you information relative to the case. I will be happy to request that material during discovery, and don't expect you to turn it over at this point. However, it is your duty to preserve all possible evidence. It sounds as though you have some lawyers informally advising you from within the community, and I'm sure that they would be more than happy to explain these obligations.

Sincerely,
SALVATORE PRESCOTT &
PORTER, PLLC

Sarah S. Prescott

SSP/tll
cc: Michael Spencer, Executive Director of Bay View (via e-mail)
Carol Neithercut, Vice-President (via e-mail)
Jim Rogers, Treasurer (via e-mail)
Margaret Child Smith (via e-mail)
Barbara Stonewater (via e-mail)
Fred Weber (via e-mail)
Alison Ford (via e-mail)
Karl Hansen (via e-mail)
Kate Mitchell (via e-mail)