# EXHIBIT H



On Friday, June 29, 2018, 4:02 PM, Jon Chism, President <j.chism@bayviewassociation.org> wrote:

# Bay View Association
## of the United Methodist Church

### Above Board - June 29, 2018

This issue brings you up to date for the June 22, 2018, Board of Trustees' meeting. Additionally, there are a few other reminders and important updates.

**Plaintiff Rejects Compromise Offer**

Two weeks ago we made, through our attorneys, a compromise offer to settle the membership litigation. The basic compromise that we proposed was to put the residential lots the cottages are on in the Real Estate Management ("REM") and remove the Christian membership requirement from cottage ownership. About ten days after the compromise offer the plaintiff came back with a demand that Bay View agree to a consent judgment that changed the By-laws in the way the plaintiff's lawsuit demanded plus a demand that BVA pay the plaintiff's attorney fees. The Board did not agree to the plaintiff's demand and the litigation will move forward.

President's comments: I'm disappointed, I had hopes we could find a compromise that would allow us to move forward together as Christians and friends. By rejecting the BOT's compromise, it is obvious that the plaintiff has been using concerns about Fair Housing and cottage inheritance as a cover for its true goal: the removal of Christianity from Bay View.

**Bay View Hires New Security Firm**

We have a new security company, Eleven Series Security, who started last week. They are licensed, bonded and insured. All of their employees go through background checks and we do our own background checks as well. They are ex-military and very professional. There will be a maximum of three to four different security staff that will be trained to work BV regular shifts and special events. They will be in uniform at no cost to BV and we will be providing reflective vests with the BV logo and "security" on the back. The intent is to make sure they are easily visible, even in large crowds. They are working later in the night as compared to previous years. They have the legal ability to detain anyone under their State license and also have the ability to run vehicle plates on their cell phones. These are additional services that were not offered by our previous security firm.

**MDOT US-31 Project to Begin Next Summer**

MDOT will begin work next summer on US-31 about ½ mile from BV. One of the main steps involved in the project will be realignment of the US-31 roadway between Winter Park Lane and Fairview Avenue at the border of Bay View. They are moving the road, "greenway" and "wheelway" about 27 feet. The "wheelway" would be expanded on the Petoskey side of the road. MDOT has represented the traffic will not be rerouted through Bay View and the construction should not have a major effect on Bay View. MDOT has also stated they have gone through the required review process with the State Historic Preservation Office.

The Bay View boundary survey shows we own more land than originally thought and MDOT needs to purchase an easement in order to complete the project as proposed. Bay View could potentially get landscaping, if agreeing to this project. Two major positives could be: it is unused land for which they would pay for an easement and Bay View would be viewed positively for cooperating on this much needed project.

There is a meeting scheduled with MDOT staff and block 21 leaseholding members, Tuesday July 3, 2018 at 9am in the board room. The purpose of the meeting is to answer questions about the project. MDOT staff will also be meeting with the BOT at the July 6th board meeting. Based on available space other members are welcome to attend either meeting as observers.

You'll know more as we do.

https://www.petoskeynews.com/news/local/road-revamp-million-in-us--renovations-still-slated-for/article 5a546ea5-2a83-53c3-94a1-a7762612fb41.html

**Informational Meeting to be Held For Committee Chairs**

There will be a special informational meeting on Monday, July 2nd at 3:15-4:15pm in Loud Hall.

The Long-Range Planning Committee has been working on developing a new Strategic Plan since last summer and will present the plan for information and feedback.

The BOT is looking to increase committee transparency and reduce redundancy of effort: we hope that by creating a more transparent and efficient communication system there may be more synergies that develop and committees may find more ways to work together.

We would appreciate committee chairs attendance, comments and input.

**Bay View Bits**

- The Real Estate tax allocation subcommittee is hard at work and had its first two public meetings for questions and comments. There were seven attendees.
- One of the things the BOT has been trying to do is match member talents and work experience with BV needs. Dianne Boyd is leading a project to build a database to house member skill information.
- Remember, Dave Ellis' retirement party is July 13th from 4-6pm at Evelyn Hall.

- The Finance Committee recommended and the BOT approved establishing an Operating Contingency Fund (to be funded over time). Such a fund could have been used for water damage to Harrison House, beach damage from last fall's storm and computer replacements, etc. The suggestion is 3-5% of budget would be ideal for this fund. This will not be a major maintenance fund.
- I'm pleased to report that incumbent BOT members Carol Neithercut, Jim Rogers and Fred Weber are running for re-election and no one else is running. The incumbents have all done a great job for Bay View. There will be a voice vote at the Annual Meeting.

++++++++++++++++++++++++++++++++++++++++++++++++

Jon Chism, President

Bay View Association | PO Box 583 | Petoskey, MI 49770

You are receiving this message because you have expressed an interest in receiving information from the Bay View Association. If you do not wish to receive future items of this nature, please Unsubscribe

Privacy Policy