# EXHIBIT J

# Bay View Association

## of the United Methodist Church

## Above Board – August 2, 2018

This issue brings you up to date for the July 6 and July 20, 2018, Board of Trustees' meetings. Additionally, there are a few other reminders and important updates.

**Please Vote**

As of Wednesday morning, only about half of the eligible members have voted. Your vote matters. Please vote.

The Bay View Board urges all voting members to vote Yes for the Member Responsibility Amendment.

A large majority of our Board of Trustees believe it is in Bay View's best interests if the proposed By-law amendment regarding membership be adopted. This will allow us to address the membership issue internally and increase our chances of avoiding a jury trial and, potentially, a large monetary damages award. We believe that if you are concerned about the long-term viability of our beloved Bay View due to the financial exposure presented by this lawsuit, you should vote Yes on the membership By-law amendment.

**Follow Up (president's comments)**

In the last Above Board, I pointed out the plaintiffs were not willing to negotiate a compromise with BVA and their suit would remove Christianity from Bay View. One of the lawyer plaintiffs circulated an e-mail saying I'm a liar. At the Foreign Film Festival, a non-member lawyer, who lives outside of Bay View, tried to convince me I should recall my Above Board, even though she admitted she didn't know the intimate details of the matter. When my wife got between us and said this was an inappropriate place for this discussion, the non-member called my wife the "B" word in front of our son.

Personal attacks must end. We need to be better than that.

One of the reasons I started writing Above Board was to reduce the rumor mill. I spend a lot of extra time working on Above Board with the goal to always give the members accurate and current information. I have no reason to lie to the members about what is happening.

In regard to the accusation that I lied, Bay View's attorney in the litigation reviewed the Above Board before it was issued to make sure it was factually accurate. The compromise offer the BOT made would have allowed anyone to be a cottage owner. As I said before, by flatly rejecting the BOT's compromise and refusing to offer

a counter-proposal, it is obvious that the plaintiff group has been using concerns about Fair Housing and cottage inheritance as a cover for its true goal: the complete removal of Christianity and ties to the United Methodist Church from Bay View. As proof, read the attachment to the lawsuit (Exhibit I) filed July 10, 2017 where they ask the court to strike "Christian" from Article III in the Articles of Association and from Article VII, strike "and a majority of the trustees shall be members of the West Michigan Conference of the United Methodist Church" and remove the UMC from our By-laws.

Given their true goal, it is no surprise that plaintiffs have told the BOT, both in person and through e-mail, that even if the membership requirement By-law amendment passes at the Annual Meeting – thus removing Fair Housing concerns – they will continue with the lawsuit. In the Petoskey News Review, August 1, 2018, "Sarah Prescott, lawyer for the group filing suit against the community, said she would still be looking for more corrective measures from the court, from here on out, regardless of the vote.

If the bylaw passes, nothing changes", she said. "I will still be suing for damages, including punitive damages and an end to all religious tests in Bay View. The only change might be the structure of the court's order cleaning up the wrongdoing going forward."

**New Cottage to be Built**

There is always something new to learn about Bay View. When BV was designated as a National Historic Landmark there were 15 cottages determined to be non-contributing to the designation. A cottage on Bayside was included on the non-contributing list because it had "asbestos siding, window alteration, (and a) loss of porch". Additions have been added haphazardly over time which has contributed to leaks and water damage throughout. It has now been determined the cottage is unsafe because a significant amount of black mold has been discovered. Architectural Review has approved the demolition and the BOT agreed the cottage can be taken down. A new cottage will be built using the existing footprint. Research has been done and pictures of the original cottage have been found. The plans call for the exterior of the new cottage to be very similar to the original.

It is planned the demolition and construction will take place fall and winter of either 2018-2019 or 2019-2020. Taxes and fees will remain at the current level during the construction period.

Having a cottage demolished is a unique event. Our hope is the situation will not happen again; however, we will be developing more specific guidelines for the future in case such a potential situation occurs again.

**Bay View Bits**

- The Ludwa's send their many thanks after Melissa blacked out on stage last week. They were flooded with prayers, concern and offers to help. All tests at the hospital were negative and the doctor believed it to be a rare side effect of a medicine she recently began taking.

- The Real Estate Tax Allocation subcommittee is hard at work. They will be reporting their recommendations to the BOT at our August 3, 2018 meeting.

- There is nothing new to report on the MDOT US-31 Project. MDOT is working through the particulars of the project and will be getting back to us with an offer to purchase the easement.

- Each year the BV administrative staff update the member Directory. Each member is given an updated directory. Occasionally, a BV group will obtain the e-mail addresses from the directory to share

their views with other members. Neither the BOT or the administrative staff approve these publications. If you don't like the publications you get from other members feel free to delete or trash them but you don't need to complain to the office or BOT. We have no control over it.

- Financial reporting through June 30 indicates we are on track with the operations budget. Variances of small amounts both up and down should in the bigger picture offset and we expect the budget to come in as projected.

- There is about $62,000 in past due taxes and fees. Names will be posted this week.

- We are looking to increase committee communication. Committee chairs are requested to send their draft minutes to the Office within a week after the meeting. Approved minutes would then be sent after committee's final approval.

+++++++++++++++++++++++++++++++++++++++++++++

Jon Chism, President

Bay View Association | PO Box 583 | Petoskey, MI 49770

You are receiving this message because you have expressed an interest in receiving information from the Bay View Association. If you do not wish to receive future items of this nature, please Unsubscribe

Privacy Policy