# EXHIBIT K

From: Jon M. Chism <j.chism@bayviewassociation.org>
Date: Wed, Aug 8, 2018, 11:25 AM
Subject: New By-Law
To: Stan Sutton <rssutton9@gmail.com>
Cc: Board of Trustees <bot@bayviewassociation.org>

Stan-
Past Bay View member surveys have shown there is strong Member support to keep Bay View as a Christian community. With the passage of the new membership By-law, which includes the Mission Statement, the Board of Trustees believes the Membership Committee must step-up as the gate keeper of Bay View's Christian culture. Given this important need, here are some initial thoughts from the BOT:

- For membership applications in process, those that meet the former policy should be processed. Ones that are intended to qualify under the new membership policy should not be concluded until new application forms and policies are completed and approved by the BOT and BVA's attorney.
- New application forms should require the applicant to sign the Mission Statement, list the UMC principles, require a statement from the applicant on why they want to be a BV member and include a question as to the applicant's religion or denomination (used for demographics purposes only).
- Instructions for applicant interviewers should include a rigorous discussion of the Mission Statement, UMC principles and BV's culture of volunteerism. There must be a clear understanding during the interview that Bay View is a Christian community with a religious component and is affiliated with the UMC.

At least a couple of times in your tenure as Membership Committee chair you have given me a confidential evaluation of the committee members. This year will be more important than ever. Committee members must understand and be supportive of this new responsibility.

2

I plan to attend the first half hour of your meeting tomorrow to answer any questions.