UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAY VIEW CHAUTAUQUA
INCLUSIVENESS GROUP,

    Plaintiff,

v.

THE BAY VIEW ASSOCIATION OF THE
UNITED METHODIST CHURCH, et al.,

    Defendants.
_____/

Case No. 1:17-cv-622
          1:19-cv-291

HONORABLE PAUL L. MALONEY

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through telephone call from counsel for Defendant in Case No. 1:17-cv-622 of the agreement between the parties to settle these matters:

**IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with the Court no later than **August 30, 2019**.

Dated: May 15, 2019

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge